UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
DONNA KONUCH                    )
                                )
     V.                         )     C.A. No. 11-193L
                                )
MICHAEL J. ASTRUE               )
Commissioner of Social Security )
```

O R D E R

The Report and Recommendation of Magistrate Judge David L. Martin, dated September 13, 2012, recommending that defendant's Motion to Affirm be granted and that Plaintiff's Motion to Reverse be denied, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this case is dismissed.


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
October  17  ,2012